## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF TEXAS

## TYLER DIVISION

| | | |
|---|---|---|
| **CELL AND NETWORK SELECTION LLC,** | § § § | |
| *Plaintiff*, | § § | |
| **v.** | § § § | **Civil Action No. 6:13-CV-563-LED-KNM** |
| **BLACKBERRY CORP., DELL, INC., INT'L, SPRINT COMMUNICATIONS, INC., T-MOBILE USA, INC. and VERIZON WIRELESS TELECOM, INC.** | § § § § § § § | **JURY TRIAL DEMANDED** |
| *Defendants*. | § | |

## JOINT MOTION FOR SUBSTITUTION OF CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS FOR VERIZON WIRELESS TELECOM, INC.

In order to correct the identification of a defendant in this case, Plaintiff Cell and

Network Selection LLC and Defendant Verizon Wireless Telecom, Inc. jointly move the Court

to substitute Cellco Partnership d/b/a Verizon Wireless as a defendant in this case in place of

Verizon Wireless Telecom, Inc.

Respectfully Submitted,

Eric M. Albritton
Texas State Bar No. 00790215
ema@emafirm.com
Michael A. Benefield
Texas State Bar No. 24073408
mab@emafirm.com

ALBRITTON LAW FIRM
P.O. Box 2649
Longview, Texas 75606
Telephone:  (903) 757-8449
Facsimile:  (903) 758-7397

Andrew G.  DiNovo
Texas State Bar No. 00790594
adinovo@dpelaw.com
Adam G. Price
Texas State Bar No. 24027750
aprice@dpelaw.com
Chester J. Shiu
Texas State Bar No. 24071126
cshiu@dpelaw.com
John D. Saba Jr.
Texas State Bar No. 24037415
jsaba@dpelaw.com
DINOVO PRICE ELLWANGER
& HARDY LLP
7000 N. MoPac Expressway, Suite 350
Austin, Texas  78731
Telephone:  (512) 539-2622
Facsimile:  (512) 539-2627

***Counsel for Cell and Network Selection
LLC***

*/s/ Michael E. Jones (with permission)*
Michael E. Jones
SBN: 10929400
POTTER MINTON, PC
110 North College, Suite 500
Tyler, Texas 75702
Tel: 903-597-8311
Fax: 903-593-0846
mikejones@potterminton.com

ATTORNEYS FOR DEFENDANT
VERIZON WIRELESS TELECOM, INC.

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on October 17, 2013.

Eric M. Albritton