# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF TEXAS

### TYLER DIVISION

| | | |
|---|---|---|
| CELL AND NETWORK SELECTION LLC, | § § § | Civil Action No. 6:13-CV-563-LED-KNM |
| *Plaintiff*, | § § | |
| v. | § § | **JURY TRIAL DEMANDED** |
| BLACKBERRY CORP., *et al.*, | § § § | |
| *Defendants*. | § | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT NOKIA CORPORATION UNDER FED. R. CIV. P. 41(a)(1)(A)(i)

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Cell and Network Selection, LLC, plaintiff in the above-entitled and numbered civil action, files this notice of voluntary dismissal without prejudice of its claims against Defendant Nokia Corporation.  To date, Nokia Corporation has not served either an answer to Plaintiff's complaint or a motion for summary judgment.

This dismissal does not affect any other defendant in this action, including Nokia Inc.

Respectfully submitted,

Eric M. Albritton
Texas State Bar No. 00790215
ema@emafirm.com
Michael A. Benefield
Texas State Bar NO. 24073408
mab@emafirm.com
**ALBRITTON LAW FIRM**
P.O. Box 2649
Longview, Texas 75606
Telephone: (903) 757-8449
Facsimile: (903) 758-7397

1

Andrew G.  DiNovo
Texas State Bar No. 00790594
adinovo@dpelaw.com
Adam G. Price
Texas State Bar No. 24027750
aprice@dpelaw.com
Chester J. Shiu
Texas State Bar No. 24071126
cshiu@dpelaw.com
John D. Saba Jr.
Texas State Bar No. 24037415
jsaba@dpelaw.com
**DiNovo Price Ellwanger & Hardy
LLP**
7000 N.  MoPac Expressway, Suite 350
Austin, Texas  78731
Telephone:  (512) 539-2626
Telecopier:  (512) 539-2627

*Counsel for Plaintiff Cell and Network
Selection, LLC*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on this 17th day of January 2014.

Eric M. Albritton