IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| CELL AND NETWORK SELECTION, LLC, <br><br> Plaintiff, <br> v. <br><br> BLACKBERRY CORP., ET AL., <br><br> Defendants. | CIVIL ACTION NO. 6:13-CV-563 |

## JOINT MOTION TO DISMISS

WHEREAS, Plaintiff Cell and Network Selection, LLC ("Plaintiff") and Defendant Cellco Partnership d/b/a Verizon Wireless ("Verizon") have resolved Plaintiff's claims for relief against Verizon and Verizon's counterclaims for relief against Plaintiff asserted in this case.

NOW, THEREFORE, Plaintiff and Verizon, through their attorneys of record, request this Court to dismiss Plaintiff's claims for relief against Verizon with prejudice and Verizon's claims, defenses and counterclaims for relief against Plaintiff without prejudice, and with all attorneys' fees, costs of court and expenses borne by the party incurring same.

January 8, 2015                                           Respectfully submitted,

| | |
|---|---|
| */s/ John D. Saba* | /s/ *Darcy L. Jones* |
| Andrew G. DiNovo | Darcy L. Jones |
| Texas State Bar No. 00790594 | djones@kasowitz.com |
| adinovo@dpelaw.com | Marcus A. Barber |
| Adam G. Price | mbarber@kasowitz.com |
| Texas State Bar no. 24027750 | **KASOWITZ, BENSON, TORRES &** |
| aprice@dpelaw.com | **FRIEDMAN, LLP** |
| John D. Saba, Jr. | 333 Twin Dolphin Drive, Suite 200 |
| Texas State Bar No. 24037415 | Redwood Shores, CA 94065 |
| jsaba@dpelaw.com | Telephone: (650) 453-5170 |
| **DINOVO PRICE ELLWANGER & HARDY, LLP** | Facsimile: (650) 453-5171 |
| 7000 North MoPac Expressway | Gunnar K. Doetker-Martz |
| Suite 350 | gmartz@kasowitz.com |
| Austin, TX 78731 | **KASOWITZ, BENSON, TORRES &** |
| Telephone: (512) 539-2626 | **FRIEDMAN, LLP** |
| Facsimile: (512) 539-2627 | 1633 Broadway |
| | New York, NY 10019 |
| Eric M. Albritton | Telephone: (212) 506-3328 |
| Texas State Bar No. 00790215 | Facsimile: (212) 937-5205 |
| ema@emafirm.com | |
| Michael A. Benefield | Michael E. Jones |
| Texas State Bar No. 24073408 | Texas Bar No. 10929400 |
| mab@emafirm.com | mikejones@potterminton.com |
| Shaw A. Latchford | Allen F. Gardner |
| Texas State Bar No. 24066603 | Texas Bar No. 24043679 |
| sal@emafirm.com | allengardner@potterminton.com |
| ALBRITTON LAW FIRM | **POTTER MINTON** |
| P.O. Box 2649 | 110 N. College, Suite 500 |
| Longview, TX 75606 | Tyler, TX 75702 |
| Telephone: (903) 757-8449 | Telephone: (903) 597-8311 |
| Facsimile: (903) 758-7397 | Facsimile: (903) 593-0846 |
| **ATTORNEYS FOR PLAINTIFF CELL AND NETWORK SELECTION, LLC** | **ATTORNEYS FOR DEFENDANT CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS** |